PROB 12B
(6/21)

# United States District Court

for

## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Individual Under Supervision

*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Individual Under Supervision: Daniel White | Cr.: 18-00405-001 |
| | PACTS #: 9612 |

Name of Sentencing Judicial Officer:   THE HONORABLE FREDA L. WOLFSON
                                       CHIEF UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 08/19/2019

Original Offense:   Count One: Bank Fraud, 18 U.S.C. § 1344

Original Sentence: 64 months imprisonment, five years supervised release, $142,972.60 restitution, $100 special assessment

Special Conditions: Alcohol/Substance Abuse Testing and Treatment, Gambling Restriction/Registration on Exclusion Lists, Gambling Establishment Restriction, Mental Health Treatment, Support Dependents, No New Debt/Credit, Financial Disclosure, Motor Vehicle Compliance

Type of Supervision: Supervised Release                Date Supervision Commenced: 04/30/2021

## PETITIONING THE COURT

☐  To extend the term of supervision for _____ years, for a total term of _____ years.

☑  To modify the conditions of supervision as follows:

> **LOCATION MONITORING PROGRAM (2 months)**
>
> You must submit to the Location Monitoring Program as noted below for a period of 2 months:
>
> You must submit to **Home Detention** and comply with the program requirements as directed by the U.S. Probation Office. You will be restricted to your residence at all times except for employment, education, religious services, medical, substance abuse and mental health treatment, court-ordered obligations, and any other such times specifically authorized by the U.S. Probation Office. The location monitoring technology is at the discretion of the U.S. Probation Office. The cost of the monitoring is waived.

## CAUSE

On April 6, 2022, Daniel White was interviewed by the New Jersey State Police in Atlantic City as to his involvement in a cheating operation perpetrated by multiple card dealers at the Resorts Hotel and Casino. Although White was not arrested, he was charged on a summons/complaint for cheating and conspiracy to cheat.

Prob 12B – page 2
Daniel White

Furthermore, during a home visit with White on April 11, 2022, White admitted to the undersigned probation officer that since November 2021, he has frequented the Resorts Casino at least 10 times to gamble on behalf of his step-brother or a female acquaintance. He provided proof via Cash App that the money was sent to him by these other individuals, with the expectation that his experience would earn them substantial winnings. White appears to be remorseful of his actions, acknowledging that he was in noncompliance of his gambling prohibition condition, his restriction on entering gambling establishments, and providing truthful statements to the probation officer. We discussed the appropriate response to his noncompliance and White agreed to a sanction of two months home detention. He signed the attached waiver agreeing to the modification of his supervised release conditions.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Gisella M. Bassolino*
By:   GISELLA M. BASSOLINO
Senior U.S. Probation Officer

/ gmb

APPROVED:

*Sharon O'Brien    April 28, 2022*
SHARON O'BRIEN                    Date
Supervising U.S. Probation Officer

THE COURT ORDERS:

☐  The Extension of Supervision as Noted Above

☒  The Modification of Conditions as Noted Above (as recommended by the Probation Office)

☐  No Action

☐  Other

_____
Signature of Judicial Officer

April 28, 2022
Date

PROB 49
(4/19)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☑ To modify the conditions of supervision as follows:

**LOCATION MONITORING PROGRAM (2 months)**

You must submit to the Location Monitoring Program as noted below for a period of 2 months:

You must submit to **Home Detention** and comply with the program requirements as directed by the U.S. Probation Office. You will be restricted to your residence at all times except for employment, education, religious services, medical, substance abuse and mental health treatment, court-ordered obligations, and any other such times specifically authorized by the U.S. Probation Office. The location monitoring technology is at the discretion of the U.S. Probation Office. The cost of the monitoring is waived.

Witness: _____  Signed: _____
Senior U.S. Probation Officer          Probationer or Supervised Releasee
Gisella M. Bassolino                   Daniel White

4-11-22
Date